UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NABIL SAMAAN, | No. 2:16-cv-0789 KJM CKD |
| Plaintiff, | |
| v. | ORDER |
| SCOTT R. JONES, et al., | |
| Defendants. | |

A telephonic discovery conference regarding defendants' ex parte application and motion for protective order was held before the undersigned on March 30, 2017. Plaintiff Nabil Samaan appeared telephonically in propria persona. John Lavra appeared telephonically for defendants. Upon review of the documents in support and opposition, upon hearing the arguments of counsel, and good cause appearing therefor, THE COURT ORDERS AS FOLLOWS:

1. Defendants' motion for protective order (ECF No. 29) is granted. All further depositions in this action shall be conducted in the attorney's conference room at the Robert T. Matsui Federal Courthouse, 501 I Street, Sacramento, California. The parties shall contact Kyle Owen, courtroom deputy, to arrange for the conference room.

2. The hearing date of April 19, 2017 on defendants' motion for protective order is vacated.

/////

1

3.  The deposition of plaintiff Nabil Samaan shall take place at the federal courthouse on April 12, 2017, commencing at 10:00 a.m.

4.  The deposition of James Sullivan shall take place at the federal courthouse on April 13, 2017, commencing at 10:00 a.m.

5.  The deposition of Matt Obregon shall take place at the federal courthouse on April 13, 2017, commencing at 11:30 a.m.

Dated: March 31, 2017

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE