LONGYEAR, O'DEA & LAVRA, LLP
John A. Lavra, CSB No.: 114533
Amanda L. McDermott, CSB No.: 253651
3620 American River Drive, Suite 230
Sacramento, CA 95864
Phone: 916-974-8500
Facsimile: 916-974-8510

Attorneys for County of Sacramento
Sheriff Scott Jones

Nabil Samaan, Esq., SBN 170290
THE LAW OFFICES OF NABIL SAMAAN
7641 Ward Lane
Fair Oaks, CA 95628
(916) 300-8678

Attorney for Plaintiff
Pro Per

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **NABIL SAMAAN,** | Case No.: 2:16-cv-00789-KJM-CKD |
| Plaintiff, | |
| vs. | **STIPULATION AND ORDER TO MODIFY THE COURT'S MINUTE ORDER RE PRETRIAL CONFERENCE** |
| **COUNTY OF SACRAMENTO, SCOTT JONES, INDIVIDUALLY AND IN HIS CAPACITY AS SHERIFF, and DOES 1-10,** Defendants, | |
| Defendants. | |

COMES NOW Defendants Scott Jones and County of Sacramento (herein "Defendants") by and through their attorney of record, and Plaintiff Nabil Samaan, appearing *pro se*, and hereby stipulate and respectfully request the following modification of the Court's Minute Order [ECF No. 65] dated March 15, 2018:

- That the pretrial conference, currently scheduled for June 15, 2018, at 10:00 a.m., be moved to July 13, 2018, at 10:00 a.m. or as soon thereafter as is acceptable for this Court; and

STIPULATION AND ORDER TO MODIFY
THE COURT'S MINUTE ORDER RE PRETRIAL CONFERENCE                                    PAGE - 1

- That the deadline for filing the joint pretrial statement, currently set for May 25, 2018, be extended to June 22, 2018.

WHEREAS, Defendants' Motion for Summary Judgment, or in the alternative Summary Adjudication, in this matter is pending;

WHEREAS, defense counsel is scheduled to begin a seven (7) day trial before District Judge John Mendez in the matter of *Mammen et al v. County of Sacramento et al*, 2:13-cv-01588-JAM-DB, on May 21, 2018;

WHEREAS, the aforementioned trial was recently confirmed to proceed as scheduled;

WHEREAS, continuing the pretrial conference and deadline for submission of the pretrial statements will not prejudice any party or their counsel; and

THEREFORE, IT IS HEREBY STIPULATED and agreed by and between the parties that this Court modifies its prior Minute Order and the upcoming pretrial deadlines as set forth above.

Dated: May 10, 2018          LONGYEAR, O'DEA & LAVRA, LLP

By: */s/ Amanda L. McDermott*
AMANDA L. MCDERMOTT
Attorney for Defendants

Dated: May 10, 2018          */s/ Nabil Samaan*
NABIL SAMAAN
Plaintiff in propria persona

/ / / / /

/ / / / /

/ / / / /

/ / / / /

/ / / / /

**IT IS SO ORDERED that:**

- The pretrial conference, currently scheduled for June 15, 2018, at 10:00 a.m., is vacated and reset for July 13, 2018, at 10:00 a.m.; and
- The deadline for filing the joint pretrial statement, currently set for May 25, 2018, is extended to June 22, 2018.

DATED: May 10, 2018.

_____
UNITED STATES DISTRICT JUDGE