1

2

3

4

5

6

7                        UNITED STATES DISTRICT COURT

8                   FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10    NABIL SAMAAN,                              Case No. 2:16-cv-00789-KJM-CKD

11                        Plaintiff,

12          v.                                   ORDER

13    SCOTT R. JONES,

14                        Defendant.

15

16                    On March 18, 2019, defendant Scott Jones filed his trial brief asserting plaintiff

17    Nabil Samaan lacks standing to continue to seek injunctive relief in the form of a court order

18    mandating defendant issue him a permit to carry a concealed weapon ("CCW permit"). ECF No.

19    79 at 2. Plaintiff filed an opposition to defendant's trial brief on June 21, 2019. ECF No. 87.

20    Defendant then filed a reply brief on June 28, 2019, making the new representation that plaintiff

21    now has obtained a CCW permit from Placer County. ECF No. 88. Defendant submitted along

22    with his reply brief a copy of a CCW permit issued to plaintiff by the Placer County Sheriff on

23    February 12, 2019. ECF No. 88-1. Plaintiff has not up to this point notified this court of the

24    issuance of his CCW permit, or the import of its issuance.

25                    A plaintiff seeking injunctive relief "must demonstrate that he has suffered or is

26    threatened with a 'concrete and particularized' legal harm, coupled with 'a sufficient likelihood

27    that he will again be wronged in a similar way.'" *Bates v. United Parcel Serv., Inc.*, 511 F.3d

28    974, 985 (9th Cir. 2007) (quoting *Lujan v. Defs. of Wildlife*, 504 U.S. 555, 560 (1992), and *City of*

                                                    1

*L.A. v. Lyons*, 461 U.S. 95, 111 (1983)). "In addition, the claimed threat of injury must be likely to be redressed by the prospective injunctive relief." *Id.* at 985–86. Plaintiff's claim for injunctive relief is the only claim remaining in this matter. *See* ECF No. 69. Therefore, plaintiff is ORDERED, within seven (7) days of the entry of this order, TO SHOW CAUSE why this case should not be dismissed for lack of standing to seek injunctive relief, as plaintiff has already obtained the relief sought in this manner by virtue of obtaining a CCW permit from the Placer County Sheriff.

IT IS SO ORDERED.

DATED: July 1, 2019.

_____
UNITED STATES DISTRICT JUDGE